# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>MULLEN, GRAHAM C. | 2. Court or Organization<br><br>WESTERN DISTRICT OF N.C. | 3. Date of Report<br><br>07/22/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE - SENIOR | 5a. Report Type (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

230 CHARLES R. JONAS BUILDING
401 WEST TRADE STREET
CHARLOTTE, NC 28202

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Honorary Life Member | Duke University Law School Board of Visitors |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| MULLEN, GRAHAM C. | 07/22/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Gold Card | J |
| 2. | BB&T | Visa | J |
| 3. | USAA | MasterCard | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MULLEN, GRAHAM C. | 07/22/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BRANCH BANK & TRUST CO. (Bank Accounts) | A | Interest | M | T | | | | | |
| 2. | | | | | | | | | |
| 3. Smith Barney Money Market Fund (See explanation) | C | Int./Div. | K | T | | | | | |
| 4. | | | | | | | | | |
| 5. Smith Barney Money Market Fund (See explanation) | A | Dividend | J | T | | | | | |
| 6. | | | | | | | | | |
| 7. Central Fund - Canada | A | Dividend | K | T | | | | | |
| 8. | | | | | | | | | |
| 9. Intel Corp. | A | Dividend | J | T | | | | | |
| 10. | | | | | | | | | |
| 11. Merck & Co. | A | Dividend | J | T | | | | | |
| 12. | | | | | | | | | |
| 13. Proctor & Gamble | A | Dividend | J | T | | | | | |
| 14. | | | | | | | | | |
| 15. General Electric | A | Dividend | J | T | | | | | |
| 16. | | | | | | | | | |
| 17. Starbucks | A | Dividend | J | T | Buy | 04/21/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MULLEN, GRAHAM C. | 07/22/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | | | | | |
| 19. TEVA Pharmaceuticals | A | Dividend | J | T | | | | | |
| 20. | | | | | | | | | |
| 21. Permanent Portfolio | A | Dividend | J | T | | | | | |
| 22. | | | | | | | | | |
| 23. Apple | A | Dividend | J | T | | | | | |
| 24. | | | | | | | | | |
| 25. Goldman Sachs Rising Div | A | Dividend | J | T | | | | | |
| 26. | | | | | | | | | |
| 27. IRA (See explanation) | B | Dividend | K | T | | | | | |
| 28. -- Loomis Sayles Funds IT Strategic Inc. Fund | | | | | Buy (add'l) | 03/31/15 | J | | |
| 29. | | | | | Sold (part) | 11/30/15 | J | | |
| 30. | | | | | | | | | |
| 31. -- Columbia Contrarian Core Fd Cl Z | | | | | Buy | 03/31/15 | J | | |
| 32. | | | | | Sold (part) | 07/10/15 | J | | |
| 33. | | | | | Sold (part) | 11/30/15 | J | | |
| 34. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MULLEN, GRAHAM C. | 07/22/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -- Oppenheimber Int'l Bond Fund | | | | | Sold | 3/30/2015 | J | A | |
| 36. | | | | | | | | | |
| 37.  -- Oppenheimer Int'l Small Co. Fund | | | | | Buy (add'l) | 03/31/15 | J | | |
| 38. | | | | | Sold (part) | 04/10/15 | J | | |
| 39. | | | | | Sold (part) | 07/10/15 | J | | |
| 40. | | | | | Sold (part) | 11/30/15 | J | | |
| 41. | | | | | | | | | |
| 42.  -- Oppenheimer Gold & Sp. Minerals | | | | | Sold | 3/30/2015 | J | A | |
| 43. | | | | | | | | | |
| 44. | | | | | | | | | |
| 45.  -- Fidelity Advisor SPR 1 Leveraged Co Hb Fund | | | | | Buy (add'l) | 03/31/15 | J | | |
| 46. | | | | | Sold (part) | 11/30/15 | J | | |
| 47. | | | | | | | | | |
| 48.  -- Permanent Portfolio Fd | | | | | Sold | 3/30/2015 | J | A | |
| 49. | | | | | | | | | |
| 50.  -- Blackrock Global Allocation | | | | | Sold (part) | 03/31/15 | J | | |
| 51. | | | | | Sold (part) | 11/30/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MULLEN, GRAHAM C. | 07/22/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |
| 53. -- Columbia Select Large Cap Growth Fd | | | | | Buy (add'l) | 03/31/15 | J | | |
| 54. | | | | | Sold (part) | 04/10/15 | J | | |
| 55. | | | | | Sold (part) | 11/30/15 | J | | |
| 56. | | | | | | | | | |
| 57. -- Delaware Pooled TR Diversified Inc Fd | | | | | Buy (add'l) | 03/31/15 | J | | |
| 58. | | | | | Sold (part) | 11/30/15 | J | | |
| 59. | | | | | | | | | |
| 60. -- First Eagle Fds Global Fd | | | | | Sold (part) | 03/31/15 | J | | |
| 61. | | | | | Sold (part) | 11/30/15 | J | | |
| 62. | | | | | | | | | |
| 63. -- Yacktman Fd | | | | | Sold (part) | 03/31/15 | J | | |
| 64. | | | | | | | | | |
| 65. -- Pimco Fds - Total Return Fd | | | | | Sold | 3/30/2015 | J | A | |
| 66. | | | | | | | | | |
| 67. | | | | | | | | | |
| 68. -- Pimco AllAsset AllAuthority | | | | | Sold | 3/30/2015 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| MULLEN, GRAHAM C. | 07/22/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ]  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | | | |
| 70.  -- Royce Premier Fd | | | | | Sold | 3/30/2015 | J | A | |
| 71. | | | | | | | | | |
| 72.  -- Templeton Fds - TR Global Bd Advisor | | | | | Buy (add'l) | 03/31/15 | J | | |
| 73. | | | | | Sold (part) | 04/10/15 | J | | |
| 74. | | | | | Sold (part) | 11/30/15 | J | | |
| 75. | | | | | | | | | |
| 76.  -- MFS - Int'l New Discovery Fd | | | | | Buy (add'l) | 03/31/15 | J | | |
| 77. | | | | | Sold (part) | 04/10/15 | J | | |
| 78. | | | | | Sold (part) | 11/30/15 | J | | |
| 79. | | | | | | | | | |
| 80.  -- JP Morgan Core Bond FD Select | | | | | Sold | 3/30/2015 | J | A | |
| 81. | | | | | | | | | |
| 82. | | | | | | | | | |
| 83.  -- Neuberger Berman Income New Strategic Fd | | | | | Buy (add'l) | 03/31/15 | J | | |
| 84. | | | | | Sold (part) | 11/30/15 | J | | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| MULLEN, GRAHAM C. | 07/22/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |
| 87. John Hancock Fds II Strategic Income Opptys | | | | | Buy (add'l) | 03/31/15 | J | | |
| 88. | | | | | Sold (part) | 10/09/15 | J | | |
| 89. | | | | | Sold (part) | 11/30/15 | J | | |
| 90. | | | | | | | | | |
| 91. Paxworld FDS SER TRI-PRSIX | | | | | Buy (add'l) | 03/31/15 | J | | |
| 92. | | | | | Sold (part) | 11/30/15 | J | | |
| 93. | | | | | | | | | |
| 94. Putnam FDS TR Capital Spectrum FD PVSYX | | | | | Buy (add'l) | 03/31/15 | J | | |
| 95. | | | | | Sold (part) | 11/30/15 | J | | |
| 96. | | | | | | | | | |
| 97. Undiscovered Mgr Behavioral Val UBVLX | | | | | Buy (add'l) | 03/31/15 | J | | |
| 98. | | | | | Sold (part) | 07/10/15 | J | | |
| 99. | | | | | Sold (part) | 10/09/15 | J | | |
| 100. | | | | | Sold (part) | 11/30/15 | J | | |
| 101. | | | | | | | | | |
| 102. | | | | | | | | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MULLEN, GRAHAM C. | 07/22/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. ISORAY | | None | J | T | | | | | |
| 104. | | | | | | | | | |
| 105. Mosaic | A | Dividend | J | T | | | | | |
| 106. | | | | | | | | | |
| 107. | | | | | | | | | |
| 108. | | | | | | | | | |
| 109. NORTHWESTERN MUTUAL (NML) INSURANCE POLICIES | | | | | | | | | |
| 110. -- Whole Life XXX▇ | A | Dividend | K | T | | | | | |
| 111. | | | | | | | | | |
| 112. -- NML Whole Life XXX▇ | A | Dividend | K | T | | | | | |
| 113. | | | | | | | | | |
| 114. -- NML Whole Life XXX▇ | B | Dividend | K | T | | | | | |
| 115. | | | | | | | | | |
| 116. -- NML Whole Life XXX▇ | B | Dividend | K | T | | | | | |
| 117. | | | | | | | | | |
| 118. -- NML Extraord. Life▇ | B | Dividend | K | T | | | | | |
| 119. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -- NML Adjustable Comp XXX█ | C | Dividend | K | T | | | | | |
| 121. | | | | | | | | | |
| 122.  -- NML 65 Life█ | A | Dividend | J | T | | | | | |
| 123. | | | | | | | | | |
| 124.  -- NML 65 Life█ | A | Dividend | J | T | | | | | |
| 125. | | | | | | | | | |
| 126.  -- NML Whole Life█ | A | Dividend | J | T | | | | | |
| 127. | | | | | | | | | |
| 128.  -- NML Whole Life█ | | None | J | T | | | | | |
| 129. | | | | | | | | | |
| 130. | | | | | | | | | |
| 131. | | | | | | | | | |
| 132. | | | | | | | | | |
| 133.  Chart Indus | | None | J | T | | | | | |
| 134. | | | | | | | | | |
| 135.  Nanoviricides | | None | J | T | | | | | |
| 136. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MULLEN, GRAHAM C. | 07/22/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Neural Stem Inc. | | None | | | Sold | 03/30/15 | J | | |
| 138. | | | | | | | | | |
| 139. International Stem Cell Corp. | | None | J | T | | | | | |
| 140. | | | | | | | | | |
| 141. Galectin Therapeutics | | None | J | T | | | | | |
| 142. | | | | | | | | | |
| 143. | | | | | | | | | |
| 144. Brigus Gold / Primero Mining (See Explanation) | | None | | | Sold | 05/19/15 | J | | |
| 145. | | | | | | | | | |
| 146. | | | | | | | | | |
| 147. Mast Therapeutics | | None | J | T | | | | | |
| 148. | | | | | | | | | |
| 149. Alliance Grain Traders (AGXXF) | A | Dividend | J | T | | | | | |
| 150. | | | | | | | | | |
| 151. Clearbridge Energy (EMO) | A | Dividend | J | T | | | | | |
| 152. | | | | | | | | | |
| 153. Parkway Properties | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MULLEN, GRAHAM C. | 07/22/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | | | | | |
| 155. | | | | | | | | | |
| 156. | | | | | | | | | |
| 157. | | | | | | | | | |
| 158. | | | | | | | | | |
| 159. | | | | | | | | | |
| 160. Blackstone Group | A | Dividend | J | T | | | | | |
| 161. | | | | | | | | | |
| 162. Twitter | | None | J | T | | | | | |
| 163. | | | | | | | | | |
| 164. | | | | | | | | | |
| 165. Iconix Brand | | None | J | T | | | | | |
| 166. | | | | | | | | | |
| 167. Alexza Pharm | | None | | | Sold | 03/31/15 | J | | |
| 168. | | | | | | | | | |
| 169. Clearbridge Ener MLP | A | Dividend | J | T | | | | | |
| 170. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MULLEN, GRAHAM C. | 07/22/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. US Global Inv | A | Dividend | J | T | | | | | |
| 172. | | | | | | | | | |
| 173. Brocade Comm | A | Dividend | | | Sold | 05/19/15 | J | D | |
| 174. | | | | | | | | | |
| 175. | | | | | | | | | |
| 176. | | | | | | | | | |
| 177. Capital Sr. Living | | None | J | T | | | | | |
| 178. | | | | | | | | | |
| 179. First Trust MLP | A | Dividend | J | T | | | | | |
| 180. | | | | | | | | | |
| 181. Freeport McMoran | A | Dividend | J | T | | | | | |
| 182. | | | | | | | | | |
| 183. Northfield Bank | A | Dividend | J | T | | | | | |
| 184. | | | | | | | | | |
| 185. Oculusinnovi Sciences (This has fallen below reportable value.) | | None | J | T | | | | | |
| 186. | | | | | | | | | |
| 187. Anthera Pharm | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MULLEN, GRAHAM C. | 07/22/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | | | | | |
| 189. Silver Wheaton | A | Dividend | J | T | | | | | |
| 190. | | | | | | | | | |
| 191. | | | | | | | | | |
| 192. Morgan Stanley Discretionary Joint Account (See Explanation.) | A | Dividend | K | T | Open | 04/21/15 | K | | |
| 193. | | | | | | | | | |
| 194. | | | | | | | | | |
| 195. Sprott Platinum ETF (See Explanation.) | | None | | | Sold | 04/28/15 | J | | |
| 196. | | | | | | | | | |
| 197. Aegerion Pharm (See Explanation.) | | None | | | Sold | 01/13/15 | J | A | |
| 198. | | | | | | | | | |
| 199. Coach | A | Dividend | J | T | Buy | 02/19/15 | J | | |
| 200. | | | | | | | | | |
| 201. S&W Seed | | None | J | T | Buy | 03/30/15 | J | | |
| 202. | | | | | | | | | |
| 203. | | | | | | | | | |
| 204. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | | | | | |
| 206.  SELF-INITIATED AMENDMENT - 2013 | | | | | | | | | |
| 207.  Sprott Platinum ETF | | None | J | T | Buy | 05/07/13 | J | | |
| 208. | | | | | | | | | |
| 209.  SELF-INITIATED AMENDMENT - 2014 | | | | | | | | | |
| 210.  Sprott Platinum ETF | | None | J | T | | | | | |
| 211.  Aegerion Pharm | | None | J | T | Buy | 11/07/14 | J | | |
| 212.  Brigus Gold / Primero Mining (See Explanation ref Line 144. ) | | None | J | T | | | | | |
| 213. | | | | | | | | | |
| 214. | | | | | | | | | |
| 215. | | | | | | | | | |
| 216. | | | | | | | | | |
| 217. | | | | | | | | | |
| 218. | | | | | | | | | |
| 219. | | | | | | | | | |
| 220. | | | | | | | | | |
| 221. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MULLEN, GRAHAM C. | 07/22/2016 |

## VII. INVESTMENTS and TRUSTS *— income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | | | | | |
| 223. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

EXPLANATION OF LINE ITEMS CONTAINED IN PART VII.

Lines 3 and 5 - Smith Barney Money Market fund includes deposits in that fund which the broker has moved into their Bank Deposit program.

Line 27 - The IRA was established from my Thrift Savings Plan, all capital gains and dividends are re-invested. Periodically, small numbers of shares are sold to pay the trustee's fees. These are reported. This income is aggregated and not reported for each separate fund.

Line 144 - Brigus Gold was acquired by Primero Mining in March 2014.

Line 192 - Per instruction via e-mail from the Financial Disclosure Office, Morgan Stanley Discretionary Account is listed rather than individual stocks that do not exceed $1,000. .

Lines 195 and 197. See Self-Initiated Amendments to the 2013 and 2014 Report

Line 206 - SELF-INITIATED AMENDMENT TO THE 2013 REPORT

Line 209    - SELF-INITIATED AMENDMENT TO THE 2014 REPORT

On lines 37 and 38 of my 2014 annual report, I inadvertently listed Satuit Cap Micro Cap Fund as Sold (part) when it was sold in full. Thus, this asset does not appear on my 2015 annual report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ GRAHAM C. MULLEN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544